**E-FILED** 

**SHA-1 Hash:** 58046BCCA813271DCC68D7BA6F52B65888614C71    Saturday, 11 August, 2012 07:59:30 PM
**Title:** Best New Starlets 2012
                                                             Clerk, U.S. District Court, ILCD
**Rights Owner:** Patrick Collins

| DOE# | IP | Hit date (UTC) | City | State | ISP | Network |
|---|---|---|---|---|---|---|
| 1 | 75.150.233.225 | 5/24/2012 1:01 | East Peoria | IL | Comcast Business Communications | BitTorrent |
| 2 | 50.129.103.68 | 5/29/2012 16:49 | Champaign | IL | Comcast Cable | BitTorrent |
| 3 | 67.176.192.231 | 5/23/2012 0:58 | Springfield | IL | Comcast Cable | BitTorrent |
| 4 | 98.206.251.230 | 6/15/2012 12:55 | Lincoln | IL | Comcast Cable | BitTorrent |
| 5 | 98.212.254.93 | 5/24/2012 17:02 | Danville | IL | Comcast Cable | BitTorrent |
| 6 | 98.214.52.205 | 7/14/2012 1:56 | Lincoln | IL | Comcast Cable | BitTorrent |
| 7 | 98.215.208.156 | 7/10/2012 21:48 | Springfield | IL | Comcast Cable | BitTorrent |

EXHIBIT A

CIL9